417 A.2d 783

Laurel School District, Appellant, v. Pullium.

Argued April 11, 1979.   Charles W. Garbett, for appellant;  Gordon C. Post, Jr., submitted a brief on behalf of appellee.

Before PRICE, HESTER and MONTGOMERY, JJ.

PER CURIAM:

* Justice Rolf Larsen of the Supreme Court of Pennsylvania, and Judge John E. Lavelle of the Court of Common Pleas of Schuylkill County, Pennsylvania, are sitting by designation.

On the court's own motion, this appeal is quashed as arising from a nonappealable interlocutory order. See *Gommer v. Kotch*, 256 Pa.Super. 20, 389 A.2d 155 (1978).